# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>Plaintiff,<br><br>v.<br><br>A. K. SKRIBNER, et al.,<br><br>Defendants.<br>_____/ | CASE NO. 1:06-cv-00198-OWW-LJO P<br><br>ORDER TAKING JUDICIAL NOTICE OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS FILED IN CASE NUMBER 06-00270, AND GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 4 - case number 1:06-cv-00270-OWW-WMW P) |

Plaintiff Shaun Darnell Garland ("plaintiff") is a state prisoner proceeding pro se. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Two civil actions were opened for plaintiff in this court. Case number 1:06-cv-00270-OWW-WMW P was closed on April 21, 2006, on the ground that it was duplicative of this action. The court reviewed the docket in case number 06-00270 and notes that plaintiff filed a motion for leave to proceed in forma pauperis in that case on March 6, 2006. Accordingly, the court shall take judicial notice of the motion. Because plaintiff submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a), his motion for leave to proceed in forma pauperis shall be granted.

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00. See 28 U.S.C. § 1914(a).

1

U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court takes judicial notice of plaintiff's motion for leave to proceed in forma pauperis filed on March 6, 2006, in case number 1:06-cv-00270-OWW-WMW P;
2. Plaintiff's motion for leave to proceed in forma pauperis is granted;
3. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action; and
4. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

IT IS SO ORDERED.

**Dated:   December 15, 2006**            **/s/ Lawrence J. O'Neill**
b9ed48                                    UNITED STATES MAGISTRATE JUDGE