# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>    Plaintiff,<br><br>  v.<br><br>A. K. SKRIBNER, et al.,<br><br>    Defendants. | CASE NO. 1:06-cv-00198-OWW-NEW (DLB) PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 14)<br><br>ORDER DIRECTING CLERK'S OFFICE TO FILE AND SCAN PLAINTIFF'S AMENDED COMPLAINT, ATTACHED AS EXHIBIT A TO OBJECTION, PAGES 5-33 OF DOC. 16<br><br>(Doc. 16) |

Plaintiff Shaun Darnell Garland ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 18, 2006, the court dismissed plaintiff's complaint, with leave to amend within thirty days. On February 2, 2007, after thirty days passed and plaintiff failed to comply with the order, the court issued a Findings and Recommendations recommending dismissal of this action. Plaintiff filed an Objection on March 2, 2007.

In his Objection, plaintiff contends that he mailed his amended complaint on January 8, 2007. Attached as Exhibit A is a copy of the amended complaint. Based on plaintiff's Objection, the court will vacate the Findings and Recommendations, and direct the Clerk's Office to file in the amended complaint.

1.   The Findings and Recommendations, filed on February 2, 2007, is VACATED; and

///

1

2.  The Clerk's Office shall FILE and SCAN plaintiff's amended complaint, attached as Exhibit A to the Objection, pages 5-33 of document 16.

IT IS SO ORDERED.

**Dated:** **March 22, 2007**          /s/ **Dennis L. Beck**
3b142a                                UNITED STATES MAGISTRATE JUDGE