IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>            Plaintiff,<br><br>     vs.<br><br>A. K. SKRIBNER, et al.,<br><br>            Defendants.<br>_____/ | 1:06-cv-00198-OWW-GSA (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION<br><br>(DOCUMENT #24)<br><br>THIRTY-DAY DEADLINE |

On November 6, 2008, plaintiff filed a motion to extend time to file objections to Magistrate Judge's findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his objections.


IT IS SO ORDERED.

Dated:   November 13, 2008                    /s/ Gary S. Austin
                                                                  UNITED STATES MAGISTRATE JUDGE