# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>    Plaintiff,<br><br>  v.<br><br>A. K. SKRIBNER, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-00198-OWW-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 23)<br><br>ORDER DISMISSING CLAIMS AGAINST DEFENDANT LEWIS FOR IMPROPER VENUE, AND ALL OTHER CLAIMS FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED, AND DIRECTING CLERK TO ENTER JUDGMENT<br><br>(Doc. 22) |

Plaintiff Shaun Darnell Garland ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 2, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. After obtaining an extension of time, Plaintiff filed an Objection to the Findings and Recommendations on December 19, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 2, 2008, is adopted in full;
2. Plaintiff's claims against Defendant Lewis are dismissed, without prejudice, based on improper venue;
3. Plaintiff's retaliation, equal protection, conspiracy, denial of access to the courts, and privileges and immunities claims are dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983, thus concluding this action in its entirety; and
4. The Clerk of the Court shall enter judgment in accordance with this order.

IT IS SO ORDERED.

**Dated:   December 23, 2008**           /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE