# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>        Plaintiff,<br><br>    v.<br><br>A. K. SKRIBNER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-00198-OWW-GSA PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXCERPTS OF RECORD<br><br>(Doc. 32) |

    Plaintiff Shaun Darnell Garland ("Plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed and judgment was entered on December 24, 2008. Plaintiff filed a timely notice of appeal on January 7, 2009. On January 15, 2009, Plaintiff filed a motion seeking a copy of the excerpts of record.

    Because Plaintiff is unrepresented, he is not required to file the excerpts of record with the appellate court. 9th Cir. R. 30-1.2. However, Plaintiff is entitled to be provided with the excerpts of record for himself upon request. 9th Cir. R. 30-3. In this instance, the excerpts of record are the docket sheet, the notice of appeal, the second amended complaint, the Magistrate Judge's findings and recommendation, Plaintiff's objections, and the dismissal order and judgment. 9th Cir. R. 30-1.4(a).

///
///
///

1

1 | Plaintiff's motion is HEREBY GRANTED, and the Clerk's Office shall send Plaintiff the
2 | excerpts of record identified above.

4 | IT IS SO ORDERED.
5 | Dated:   **February 23, 2009**          /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE