# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND, | CASE NO. 1:06-cv-00198-OWW-GSA PC |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR EXCERPTS OF RECORD, AND DIRECTING CLERK'S OFFICE TO SEND DOCS. 1, 8, 16, AND 18 TO PLAINTIFF |
| v. | |
| A. K. SKRIBNER, et al., | |
| Defendants. | (Doc. 37) |

Plaintiff Shaun Darnell Garland was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed and judgment was entered on December 24, 2008. Plaintiff filed a timely notice of appeal on January 7, 2009. On January 15, 2009, Plaintiff filed a motion seeking a copy of the excerpts of record. The motion was granted, and Plaintiff was provided with the excerpts of record provided for in Ninth Circuit Rule 30-1.4(a).[1]

On March 3, 2009, Plaintiff filed a motion seeking copies of his original complaint, motion for a declaratory judgment and/or injunctive relief, objections, and first amended complaint. (Docs. 1, 8, 16, 18.) Plaintiff also seeks a copy of his original complaint in 2:06-cv-00400-FCD-DAD, which was transferred from the Sacramento Division to the Fresno Division on March 10, 2006, and assigned case number 1:06-cv-00270-OWW-WMW.

Plaintiff shall be provided with copies of documents 1, 8, 16, and 18 in this action. However, Plaintiff's request for a copy of the complaint in 2:06-cv-00400-FCD-DAD/1:06-cv-00270-OWW-

---

[1] The docket sheet, the notice of appeal, the second amended complaint, the Magistrate Judge's findings and recommendation, Plaintiff's objections, and the dismissal order and judgment.

1

1  WMW is denied.  A challenge to any orders or rulings in either of those cases is not properly raised
2  in this case, and there is no entitlement to seek, in this case, copies of documents in either of those
3  cases.
4        Based on the foregoing, it is HEREBY ORDERED that:
5  1.   Plaintiff's motion is GRANTED as to court documents 1, 8, 16, and 18, and the
6       Clerk's Office shall send Plaintiff copies of those filings; and
7  2.   Plaintiff's motion is DENIED as to court document 1 in case number 2:06-cv-00400-
8       FCD-DAD/1:06-cv-00270-OWW-WMW.

10  IT IS SO ORDERED.
11  Dated:   **July 2, 2009**            /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE