# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>A. K. SKRIBNER, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-00198-OWW-GSA PC<br><br>ORDER DENYING MOTION, WITH PREJUDICE<br><br>(Doc. 40) |

Plaintiff Shaun Darnell Garland was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed and judgment was entered on December 24, 2008. Plaintiff filed a timely notice of appeal on January 7, 2009. On January 15, 2009, Plaintiff filed a motion seeking a copy of the excerpts of record. (Doc. 32.) The motion was granted, and Plaintiff was provided with the excerpts of record provided for in Ninth Circuit Rule 30-1.4(a).[1] (Doc. 36.)

On March 3, 2009, Plaintiff filed another motion seeking copies of his original complaint, motion for a declaratory judgment and/or injunctive relief, objections, and first amended complaint, and a copy of his original complaint in 2:06-cv-00400-FCD-DAD, which was transferred from the Sacramento Division to the Fresno Division on March 10, 2006, and assigned case number 1:06-cv-00270-OWW-WMW. (Doc. 37.) The Court granted in part and denied in part Plaintiff's motion on July 6, 2009, stating that Plaintiff shall be provided with copies of documents 1, 8, 16, and 18 in

---

[1] The docket sheet, the notice of appeal, the second amended complaint, the Magistrate Judge's findings and recommendation, Plaintiff's objections, and the dismissal order and judgment.

1

1  this action, but not a copy of the complaint in 2:06-cv-00400-FCD-DAD/1:06-cv-00270-OWW-
2  WMW because a challenge to any orders or rulings in either of those cases is not properly raised in
3  this case, and there is no entitlement to seek, in this case, copies of documents in either of those
4  cases. (Doc. 39.)

5       On July 13, 2009, Plaintiff filed another motion seeking a copy of his complaint in case
6  number 2:06-cv-00400-FCD-DAD/1:06-cv-00270-OWW-WMW. Plaintiff argues that the complaint
7  is relevant to his appeal and is an excerpt of the record to which he is entitled.

8       Plaintiff is appealing the Court's order filed December 24, 2008, in which this action was
9  dismissed. At issue in that order was Plaintiff's second amended complaint, filed March 31, 2008.
10 Despite Plaintiff's argument to the contrary, the complaint filed in case number 2:06-cv-00400-FCD-
11 DAD/1:06-cv-00270-OWW-WMW does not appear to be relevant to Plaintiff's appeal in this action,
12 and therefore does not constitute an excerpt record to which Plaintiff is entitled under Ninth Circuit
13 Rule 30-1.4(a).

14      Plaintiff's recourse is to raise this issue with the appellate court in his pending appeal if he
15 believes the complaint is part of the record to which he is entitled and that this Court has erred in
16 denying his request for a copy. Absent a directive from the appellate court to provide the copy, no
17 further requests for a copy will be considered by this Court unless Plaintiff is willing to pay the copy
18 cost of $113.50, which is fifty cents per page for his two-hundred twenty-seven page complaint, plus
19 postage.

20      Accordingly, Plaintiff's motion for a copy of court document 1 in case number 2:06-cv-
21 00400-FCD-DAD/1:06-cv-00270-OWW-WMW, filed July 13, 2009, is HEREBY ORDERED
22 DENIED, without prejudice.

25    IT IS SO ORDERED.

26    Dated:   **January 25, 2010**       /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE